IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL GAINEY,
    Plaintiff,

vs.                                Case No.: 3:16cv486/MCR/EMT

LUIS A. LOPEZ-RIVERA,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated February 22, 2018 (ECF No. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (ECF No. 15) is **DENIED**.

**DONE AND ORDERED** this 23rd day of March 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**